UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80109-CR-Altman/Brannon

21 U.S.C. § 841
21 U.S.C. § 846
18 U.S.C. § 2
18 U.S.C. § 922(g)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**CARLINGTON GORDON,
MAXIS DERILUS, and
EDDIE RUMPH, JR.,**

    **Defendants.**
_____/

FILED BY____KJZ____D.C.

Jul 2, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 26, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**CARLINGTON GORDON,**

did knowingly distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

1

## COUNT 2

On or about February 28, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**CARLINGTON GORDON,**

did knowingly distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

## COUNT 3

On or about March 8, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**CARLINGTON GORDON,**

did knowingly distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

## COUNT 4

On or about March 8, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**CARLINGTON GORDON, and**

**MAXIS DERILUS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **CARLINGTON GORDON and MAXIS DERILUS**, it is further alleged that a controlled substance involved in the conspiracy attributable to each of the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 5

On or about March 8, 2019, in Palm Beach County, in the Southern District of Florida, the defendants,

**CARLINGTON GORDON, and
MAXIS DERILUS,**

did knowingly distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

## COUNT 6

On or about March 8, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**MAXIS DERILUS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(2), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Alprazolum.

## COUNT 7

On or about March 28, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**CARLINGTON GORDON, and
EDDIE RUMPH, JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **CARLINGTON GORDON and EDDIE RUMPH, JR.,** it is further alleged that a controlled substance involved in the conspiracy attributable to each of the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 8

On or about March 28, 2019, in Palm Beach County, in the Southern District of Florida, the defendants,

**CARLINGTON GORDON, and
EDDIE RUMPH, JR.,**

did knowingly distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

## COUNT 9

On or about March 28, 2019, in Palm Beach County, in the Southern District of Florida, the defendants,

**CARLINGTON GORDON, and
EDDIE RUMPH, JR.,**

did knowingly distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

## COUNT 10

On or about April 9, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**EDDIE RUMPH, JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 11

On or about April 9, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**EDDIE RUMPH, JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

## COUNT 12

On or about April 9, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

## EDDIE RUMPH, JR.,

Knowingly possessed a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm was: one (1) Browning Model Auto-5, 12 Gauge semiautomatic shotgun, Serial Number 03365 RN211.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 12 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which one or more of the defendants has an interest.

2. Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1) or 846 alleged in this Indictment, the defendants shall forfeit to the United States all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violation, and any property which the defendants used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of any violation of Title 18, United States Code, Section 922(g) alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such violation.

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States

Code, Section 924(d) and the procedures of Title 21, United States Code, Section 853 made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

_____
LUISA BERTI
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 19-80109-CR-Altman/Brannon

vs.

CARLINGTON GORDON,
MAXIS DERILUS, and
EDDIE RUMPH, JR.,

CERTIFICATE OF TRIAL ATTORNEY*

Defendants.
_____/

Superseding Case Information:

Court Division: (Select One)

Miami ____   Key West ____
FTL ____   WPB __X__   FTP ____

New Defendant(s)         Yes ____   ____ No
Number of New Defendants  _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days    __x__          Petty      _____
   II   6 to 10 days   _____         Minor      _____
   III  11 to 20 days  _____         Misdem.    _____
   IV   21 to 60 days  _____         Felony       x
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   19-8243-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   Derilus (6/26/19)
   Defendant(s) in state custody as of   Rumph (4/9/19); Gordon (5/24/19); Derilus (6/14/19—bonded)
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes _____   No __x__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes _____   No __x__

_____ for
LUISA BERTI
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court Id. No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CARLINGTON GORDON

**Case No.** 19-80109-CR-Altman/Brannon

**Counts 1-3, 5, 7, 8-9:**

Distribution of a Controlled Substance – cocaine base

Title 21, United States Code, Sections 841(a)(1)

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

**Count 4, 7:**

Conspiracy to Possess Cocaine Base With Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

\*Refers only to possible term of incarceration, supervised release, and fines. It does not include any restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** __MAXIS DERILUS__

**Case No.** 19-80109-CR-Altman/Brannon

**Count 4:**

Conspiracy to Possess Cocaine Base With Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

**Count 5:**

Distribution of a Controlled Substance – cocaine base

Title 21, United States Code, Sections 841(a)(1)

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

**Count 6:**

Possession of a Controlled Substance With Intent to Distribute – heroin, cocaine

Title 21, United States Code, Sections 841(a)(1)

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

**Count 6:**

        Possession of a Controlled Substance With Intent to Distribute – alprazolum

        Title 21, United States Code, Sections 841(b)(2)

**\*Max. Penalty:**    0 to 5 years' imprisonment; 3 years supervised release; $250,000 fine

---

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include any restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **EDDIE RUMPH, JR.**

**Case No.** 19-80109-CR-Altman/Brannon

**Count 7:**

Conspiracy to Possess a Controlled Substance With Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

**Count 8-9:**

Distribution of a Controlled Substance – cocaine base

Title 21, United States Code, Sections 841(a)(1)

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

**Count 10-11:**

Possession of a Controlled Substance With Intent to Distribute – cocaine and cocaine base

Title 21, United States Code, Sections 841(a)(1) and 846

**\*Max. Penalty:** 0 to 20 years' imprisonment; 3 years to life supervised release; $1,000,000 fine

**Count 12:**

       Felon in Possession of a Firearm

       Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:**     0 to 10 years' imprisonment; 5 years supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, supervised release, and fines.  It does not include any restitution, special assessments, parole terms, or forfeitures that may be applicable.**